MILT GOOD v. THE STATE.

No. 8385.  Delivered January 21, 1925.

No motion for rehearing filed.

**Murder—Dismissing Appeal.**

Appellant has filed his personal request, under affidavit requesting the court to dismiss his appeal.  It appearing therefrom that he desires to withdraw his appeal and no longer prosecute the same, it is ordered dismissed.

Appeal from the District Court of Lubbock County.  Tried below before the Honorable Clark M. Mullican, Judge.

Appeal from a conviction of murder, penalty, twenty-six years in the penitentiary.

*Cunningham & Oliver* of Abilene, *G. E. Lockhart* of Tahoka, attorneys for appellant.

*Dayton Moses* of Ft. Worth, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

### ON AFFIDAVIT TO WITHDRAW APPEAL.

HAWKINS, JUDGE.—Appellant is under conviction for the murder of W. D. Allison with a punishment of twenty-six years in the penitentiary.

He has filed his personal request under affidavit requesting the court to dismiss his appeal. It appearing therefrom that he desires to withdraw his appeal and no longer prosecute the same, it is ordered dismissed.

*Dismissed.*